ACCEPTED
12-14-00206-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/26/2015 2:13:08 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

5/26/2015 2:13:08 PM

CATHY S. LUSK
Clerk

13 MAY 2015

Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, TX 75702

**Re: Charles Edward Lusk v. State**
  **12-14-00207-CR**
  **12-14-00206-CR**

Ms. Lusk:

Please find enclosed a copy of the letter sent to Mr. Lusk regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.


Sincerely,


/s/Austin Reeve Jackson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles Lusk
Inmate
Ellis Unit
1697 FM 980
Huntsville, TX 77343

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x Charles Lusk    ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Charles Lusk    5/11/15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7014 3490 0000 4099 5375

PS Form 3811, July 2013          Domestic Return Receipt

5 MAY 2015

Charles Lusk
Inmate
Ellis Unit
1697 Fm 980
Huntsville TX 77343-0001

**Re: Opinion**

Mr. Lusk:

Please find enclosed a copy of opinion issued by the Twelfth Court of Appeals in your case. The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion. That is by, 30 May 2015.

I would be happy to address any questions or concerns you have if you will simply let me know.


Sincerely,

Austin Reeve Jackson